IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AII funds maintained at Citibank personal savings account number 9260167680, held in the name Kalena Nguyen, in an amount up to and including $116,900.00. | CASE NO.  2:11-SW-247 KJN<br><br>ORDER UNSEALING CASE |

Upon request from the United States, by and through its counsel of record, the above captioned case is ordered unsealed.

Dated: August 26, 2016

EDMUND F. BRENNAN
U.S. Magistrate Judge